514 A.2d 1370

**KELLY RUN SANITATION, INC.**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1986.

Decided Oct. 1, 1986.

Bryan Edward Barbin, Deputy Atty. Gen., Harrisburg, for appellant.

Robert V. Campedel, Edward T. Zemprelli, Zemprelli, Clipper & Campedel, Clairton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.